IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | )  Criminal No.        1:24-CR-165-MAD |
| | ) |
| **v.** | )  **Unsealing Order** |
| | ) |
| **CHRISTOPHER JASINSKI,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

The United States of America, by and through its counsel of record, the United States Attorney for the Northern District of New York ["NDNY"], has applied to the Court to unseal the criminal case under docket number 24-CR-165-MAD, including the defendant's waiver of indictment, information, and plea agreement filed on May 7, 2024.  The reasons provided for the sealing of such documents are no longer applicable because the case is currently scheduled for sentencing on April 21, 2026, with sentencing memoranda due on April 1, 2026.

Accordingly, it is hereby ordered that criminal case docket 24-CR-165-MAD, including the defendant's waiver of indictment, information, and plea agreement filed on May 7, 2024, are unsealed.

IT IS SO ORDERED.

Dated and entered this __20th___ day of March, 2026.

_____
Hon. Mae A. D'Agostino
United States District Judge